Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-216

**Effective Date of Registration:**
October 03, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

**Title of Work:** VB_044, Vintage Baseball

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 24, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lawrence Hersberger
  **Pseudonym:** Larry
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lawrence Hersberger
5619 Glencrest Glvd, Tampa, FL, 33625, United States

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Telephone:** (952)544-1377
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-420-971

**Effective Date of Registration:**
October 03, 2024
**Registration Decision Date:**
November 06, 2024

---

## Title

**Title of Work:** SADN_027, Santa's Magic

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 25, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Lawrence Hersberger
  **Pseudonym:** Larry
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lawrence Hersberger
5619 Glencrest Glvd, Tampa, FL, 33625, United States

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Telephone:** (952)544-1377
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-421-212**

**Effective Date of Registration:**
October 03, 2024
**Registration Decision Date:**
November 07, 2024

## Title _____

**Title of Work:** SADN_055, Santa's Visit

## Completion/Publication _____

**Year of Completion:** 2015
**Date of 1st Publication:** March 25, 2015
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Lawrence Hersberger
  **Pseudonym:** Larry
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Lawrence Hersberger
5619 Glencrest Glvd, Tampa, FL, 33625, United States

## Rights and Permissions _____

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Telephone:** (952)544-1377
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification _____

